**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. _____

REAL ESTATE EQUITY EXCHANGE, INC.
DBA UNISON,

        Plaintiff,                              JURY TRIAL DEMANDED

    v.

ADAMS COUNTY HOUSING AUTHORITY,

        Defendant.

---

## COMPLAINT

Real Estate Equity Exchange, Inc. d/b/a Unison ("Unison"), is filing this complaint to protect its rights in its UNISON trademark, and to prevent the confusion that will result from Adams County Housing Authority's ("ACHA" or "Defendant") decision to rebrand itself as UNISON HOUSING PARTNERS.  Since that rebrand, ACHA has used both the UNISON HOUSING PARTNERS mark and the UNISON mark alone for its residential real estate financial assistance services – services Unison would encourage and welcome if not for the fact that they are being promoted using a copy of the UNISON trademark.  This lawsuit – and the assistance Unison seeks from the Court in the form of an injunction – have become necessary as a result of ACHA's response to Unison's effort to resolve the dispute short of litigation, and ACHA's ongoing use of UNISON and UNISON HOUSING PARTNERS over Unison's objection.  In support of its Complaint, Unison alleges as follows:

## I.      JURISDICTION AND VENUE

1.      This is an action for trademark infringement and unfair competition in violation of the laws of the United States and the State of Colorado.  Specifically, Unison alleges trademark infringement in violation of 15 U.S.C. §§ 1114 and 1125(a) and the common law of the State of Colorado, and unfair competition in violation of the common law of the State of Colorado and the Colorado Consumer Protection Act.

2.      This Court has subject matter jurisdiction over the claims in this Complaint pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331 and 1338.

3.      This Court has supplemental jurisdiction over the claims in this Complaint that arise under the statutory and common law of the State of Colorado pursuant to 28 U.S.C. § 1367, because the state law claims are so related to the federal claims that they form part of the same case or controversy, and they are derived from a common nucleus of operative facts.

4.      This Court has personal jurisdiction over ACHA, as the entity conducts business in this district.  Unison is informed and believes that ACHA promotes and offers financial services in this district under the UNISON HOUSING PARTNERS mark, including renter and landlord support; housing choice voucher administration; and the acquisition, maintenance, and administration of housing communities.

5.      Venue is proper in this Court pursuant to 28 U.S.C. § 1391 because, Unison is informed and believes, ACHA transacts business in this district and a substantial part of the events giving rise to the claims asserted arose in this district.

## II.     THE PARTIES

6.      Unison is a Delaware Corporation headquartered at 650 California Street, Suite 1800 San Francisco, California 94108.  Founded in 2004, Unison makes long-term home co-investments in individual residential properties, and has helped thousands of homeowners across the country purchase, finance, and afford property over the past decade.  Unison began using its UNISON mark at least as early as 2016, and has developed a reputation in connection with the mark for reliably providing financial assistance in the field of residential real estate.

7.      ACHA is, on information and belief, a housing agency with its principal place of business at 3033 West 71st Avenue, Suite 1000, Westminster, Colorado 80030.  In 2018, ACHA changed its name to UNISON HOUSING PARTNERS.

## III.     UNISON'S TRADEMARKS AND BUSINESS

**The History of Unison**

8.      Thomas Sponholtz founded Real Estate Equity Exchange, Inc. in San Francisco in 2004, aimed at helping homebuyers get the home they want, and homeowners finance their life needs without adding debt.  The company adopted the UNISON name in 2016 as it continued to expand its work enabling home ownership through financial instruments including option contract agreements.  Unison uses these processes and structures to provide cash to prospective homebuyers for use in making a down payment to purchase the property, and in return sharing in a portion of the home's appreciation or depreciation.  Unison also offers current homeowners the ability to convert a portion of the value of their homes to cash through similar instruments.

9.      In recent years, Unison's work in the housing industry has been heralded by *The New York Times*, *Forbes*, *The Chicago Tribune, USA Today, Los Angeles Times, San Francisco Chronicle,* and *The Wall Street Journal*, among many others.  The company has received

national media coverage, most recently on CNBC, and has garnered numerous awards for revolutionizing home co-investing.  As a result of its dedication to reimagining the financial side of the residential housing market, investment in the Unison brand, and the media attention that the company has attracted, the Unison trademark has become well-known as an indicator of reliable and effective finance and real estate services. The UNISON mark is, accordingly, an enormously important asset.

**The UNISON Trademark**

10.    Unison owns numerous registrations and pending applications for the UNISON trademark, covering an array of services within the field of residential real estate.  Among these are the following U.S. trademark registrations:

| Trademark | Reg. / Ser. No. - Reg. Date | Services | Date of First Use |
|---|---|---|---|
| **UNISON** | 5,210,955 - May 23, 2017 | Financial services, financial information, and assuming financial risk of others, all in the field of residential real estate. | 12/2016 |
| **unison** | 5,525,548 - July 24, 2018 | Financial services, financial information, and assuming financial risk of others, all in the field of residential real estate. | 12/2016 |
| **unison** | 88/253,114 | Financial services, financial information, and assuming financial risk of others, all in the field of residential real estate. | 4/2019 |
| **unison** | 88/253,115 | Financial services, financial information, and assuming financial risk of others, all in the field of residential real estate. | 4/2019 |

These registrations and applications for the UNISON mark are in full force and effect. Collectively, these marks, Unison's other UNISON-formative trademarks, and its common law rights in all such marks are referred to as the "UNISON trademark."

11.     The UNISON trademark is the subject of an international trademark registration; it is distinctive, arbitrary and fanciful, and is entitled to the broadest scope of protection.

12.     For years prior to the events giving rise to this Complaint and continuing to the present, Unison annually has spent enormous amounts of time, money, and effort advertising and promoting the services in connection with which its UNISON trademark is used.  UNISON brand services are advertised in print, on television and on the Internet.  In addition to advertising by Unison, the UNISON trademark is also advertised and promoted and presented by numerous other financial institutions with which Unison partners.  Consumers, accordingly, are exposed to the UNISON trademark in a variety of contexts.

13.     Through Unison's promotion and investment in its brand, its extensive record of assisting aspiring homebuyers and current homeowners, publicity, and leadership in the field of residential real estate finance, Unison has acquired enormous goodwill in its UNISON trademark.  The UNISON trademark enjoys strong consumer recognition, and is recognized throughout the United States by consumers as signifying high quality services provided by an innovative and responsible company.

## IV.     ACHA'S INFRINGEMENT OF UNISON'S RIGHTS

14.     In May 2018, years after Unison began using the UNISON trademark and after the mark was registered, ACHA selected, adopted, and began using UNISON HOUSING PARTNERS to brand its own financial support services in the field of residential real estate. ACHA introduced a new logo in connection with that branding effort, emphasizing the dominant UNISON component, as shown below.



15.     ACHA has used and continues to use the UNISON HOUSING PARTNERS mark to "provide[] and preserve[] affordable housing," efforts that overlap with Unison's own work in the field of financial services for residential housing.  As noted above, Unison would welcome and encourage ACHA's work, but cannot allow consumers to be confused – as they inevitably will be – about whether there is a relationship between Unison and ACHA's UNISON HOUSING PARTNERS-brand offerings, or about the nature and source of the parties' respective services.  Unison's concerns about this potential confusion are exacerbated by the fact that Unison has made substantial investments in educating the public about the innovative nature of its own services – investments and efforts that could be compromised and/or distributed through ACHA's adoption and promotion of a nearly-identical mark.

16.     The threat of confusion is increased by the fact that ACHA also uses "UNISON" alone to brand its finance-related services, as shown below.  These replicas of Unison's trademark – used to brand services that are closely related to Unison's own financial assistance efforts – present a host of opportunities for confusion among consumers about whether ACHA or Unison is responsible for certain offerings or programs.

 About Us   Advocacy   Housing   Services   Development   Updates





**Housing Policy**

Unison advocates for affordable housing for all and government support of affordable housing and stability support services. We are active at the local, state and federal levels, and work hand in hand with other community organizations to ensure our collective voice is heard and representative of those we serve. For more information on active legislation and other ways to support advocacy work on behalf of affordable housing and related issues, visit our partners at Housing Colorado.

Unison provides and preserves affordable housing for all residents of Adams County for whom conventional housing is unaffordable.



17.     In addition to using UNISON HOUSING PARTNERS and UNISON to brand a variety of financial services – including of income-based housing programs, administration of housing vouchers, and provision of financial assistance and resources to renters and landlords – ACHA also brands its own system of residential housing locations using these marks, as shown below:



18.     ACHA's conduct has caused and will cause Unison irreparable harm for which money damages and other remedies are inadequate.  Unless ACHA is restrained by this Court,

it will continue and/or expand its activities, and otherwise continue to cause irreparable damage and injury to Unison by, among other things:

        a.      Depriving Unison of its statutory rights to use and control use of its trademark;

        b.      Creating a likelihood of confusion, mistake and deception among consumers and the trade as to the source or endorsement of ACHA's UNISON HOUSING PARTNERS-branded services;

        c.      Causing the public falsely to associate Unison with ACHA and/or its services, or vice versa; and

        d.      Causing incalculable and irreparable damage to Unison's goodwill, and disrupting Unison's efforts to educate the public about Unison's own innovative financial services.

Accordingly, in addition to other relief, Unison is entitled to injunctive relief against ACHA and all persons acting in concert with it.

## FIRST CLAIM FOR RELIEF

### (Federal Trademark Infringement in Violation of 15 U.S.C. § 1114)

19.     The allegations of all prior paragraphs are incorporated by reference as though fully set forth herein.

20.     The UNISON HOUSING PARTNERS and UNISON marks as used by ACHA in connection with the offering, advertising, promotion, and/or provision of ACHA's services, including its use in connection with financial services in the field of residential housing, is, at minimum, a colorable imitation of Unison's mark.

21.     ACHA's continued use of the UNISON HOUSING PARTNERS and UNISON marks is likely to cause confusion, or mistake, or to deceive consumers and prospective consumers as to the origin, sponsorship, association, or approval of the goods and services provided by ACHA, or to cause confusion or mistake or to deceive relevant consumers and prospective consumers that ACHA is connected or otherwise associated with Unison.

22.     These acts of trademark infringement have been committed in violation of provisions within 15 U.S.C. § 1114, including provisions barring conduct that will cause confusion, mistake, or deception.

23.     The conduct complained of herein has been undertaken without authorization or consent of Unison and has damaged, is damaging, and is likely to continue to damage Unison.

24.     The conduct complained of herein constitute a violation of 15 U.S.C. § 1114, and has caused and is causing irreparable harm and damage to Unison for which there is no adequate remedy at law.  Unison is entitled to injunctive relief pursuant to 15 U.S.C. § 1116(a) that requires ACHA to cease all use of the UNISON HOUSING PARTNERS and UNISON marks in connection with financial services in the field of residential real estate, and any related services offered by ACHA.

## SECOND CLAIM FOR RELIEF

### (False Designation of Origin and False Representation Under 15 U.S.C. § 1125(a))

25.     The allegations of all prior paragraphs are incorporated by reference as though fully set forth herein.

26.     ACHA's use of the UNISON HOUSING PARTNERS and UNISON marks in connection with the offering, advertising, promoting, and provision of ACHA's services

described in this Complaint is likely to cause confusion, or mistake, to deceive relevant consumers and prospective consumers as to the origin, sponsorship, association or approval of the services provided by ACHA, or to cause confusion or mistake or to deceive relevant consumers and prospective consumers that ACHA is connected or otherwise associated with Unison.

27.     The conduct complained of herein has been without authorization or consent of Unison and has damaged, is damaging, and is likely to continue to damage Unison.

28.     The conduct complained of herein constitute a violation of 15 U.S.C. § 1125(a), and has caused and is causing irreparable harm and damage to Unison for which there is no adequate remedy at law.  Unison is entitled to injunctive relief pursuant to 15 U.S.C. § 1116(a) that requires ACHA to cease all use of the UNISON HOUSING PARTNERS and UNISON marks in connection with financial services in the field of residential real estate, and any related services offered by ACHA.

## THIRD CLAIM FOR RELIEF

### (Common Law Trademark Infringement)

29.     The allegations of all prior paragraphs are incorporated by reference as though fully set forth herein.

30.     The UNISON HOUSING PARTNERS and UNISON marks, as used by ACHA in connection with the offering, advertising, promotion, and/or provision of ACHA's services described in this Complaint is, at minimum, a colorable imitation of Unison's UNISON trademark.

31.     Such use by ACHA is likely to cause confusion, mistake, and/or deception of relevant consumers and prospective consumers.

32.     The conduct complained of herein has been without authorization or consent of Unison and has damaged, is damaging, and is likely to continue to damage Unison.

33.     The conduct complained of herein has caused and is causing irreparable harm and damage to Unison for which there is no adequate remedy at law.

## FOURTH CLAIM FOR RELIEF

### (Common Law Unfair Competition)

34.     The allegations of all prior paragraphs are incorporated by reference as though fully set forth herein.

35.     On information and belief, ACHA has advertised, promoted, and offered services in the State of Colorado under reproductions of the UNISON trademark, including in connection with financial services in the field of residential real estate, with knowledge of Unison's prior use of and rights in the UNISON trademark for closely-related services.

36.     ACHA has unfairly competed with Unison by creating the impression among relevant consumers that the goods or services offered by ACHA are endorsed by, licensed by, sponsored by, originated with, and/or are otherwise affiliated with Unison, or that the source of the services offered by ACHA is affiliated with or associated with Unison, when ACHA has no connection with or authorization from Unison.

37.     ACHA has misappropriated Unison's valuable goodwill and public recognition through use of the UNISON HOUSING PARTNERS and UNISON marks, which have been developed over time by Unison, and ACHA has benefited unlawfully from such activities.

38.     Continued use by ACHA of the UNISON HOUSING PARTNERS and UNISON marks in the manner described in this Complaint constitutes unfair competition under the common law of the State of Colorado.

39.     This use has injured the business reputation of Unison and will cause irreparable harm, damage, and injury to Unison unless restrained and enjoined by the Court.

## FIFTH CLAIM FOR RELIEF

### (Colorado Consumer Protection Act)

40.     The allegations of all prior paragraphs are incorporated by reference as though fully set forth herein.

41.     ACHA's activities herein constitute unfair competition and unfair acts and practices in the conduct of its trade in violation of C.R.S. § 6-1-101, *et seq.*

42.     On information and belief, ACHA's wrongful activities have a significant impact upon the public as actual or potential consumers.

43.     On information and belief, ACHA's wrongful activities have caused, and, unless enjoined by the Court, will continue to cause irreparable injury and other damage to Unison's business, reputation, and goodwill for which Unison has no adequate remedy at law.

## PRAYER FOR RELIEF

WHEREFORE, Unison prays for an order from this Court:

A.     Adjudge that Unison's trademark has been infringed by ACHA in violation of Unison's rights under 15 U.S.C. § 1114;

B.     Adjudge that ACHA has competed unfairly with Unison's in violation of Unison's rights under 15 U.S.C. § 1125(a);

C.      Adjudge that ACHA and its agents, employees, attorneys, successors, assigns, affiliates, and joint ventures and any person(s) in active concert or participation with it, and/or any person(s) acting for, with, by, through or under it, be enjoined and restrained at first during the pendency of this action and thereafter permanently from:

1.  Any further infringement of Unison's trademarks, including the UNISON trademark, and trade name rights;

2.  Using any word, term, name, symbol, device or combination thereof that causes or is likely to cause confusion, mistake or deception as to the affiliation or association of ACHA or its services or products with Unison or as to the origin of ACHA's services, or any false designation of origin, false or misleading description or representation of fact, or any false or misleading advertising related to the UNISON trademark;

3.  Further infringing the rights of Unison in and to its UNISON trademark, or otherwise damaging Unison's goodwill or business reputation;

4.  Unfairly competing with Unison; and

5.  Continuing to perform in any manner whatsoever any of the other acts complained of in this Complaint;

D.      Directing ACHA to remove any reproductions or facsimile of the UNISON trademark from any products, advertisements, promotional materials, marketing materials, and any other assets or materials connected with ACHA's offering of financial services in the field of residential real estate, within thirty (30) days of entry of final judgment herein, any and all

infringing materials, including but not limited to educational, marketing, advertising, and promotional materials used by ACHA which display the UNISON mark;

       E.      Adjudge that ACHA, within thirty (30) days after service of the Court's judgment be required to file with this Court and serve upon Unison's counsel a written report under oath setting forth in detail the manner in which it has complied with the judgment;

       F.      Adjudge that Unison recover its costs in this action;

       G.      Adjudge that Unison be awarded its attorney fees, costs, and disbursements incurred in this action; and

       H.      Adjudge that all such other relief be awarded to Unison as this Court deems just and proper.

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Unison demands a trial by jury on all issues triable of right by a jury.

Dated: July 8, 2019             By: s/ *Kevin M. Bell*
                               Kevin M. Bell
                               Kilpatrick Townsend & Stockton LLP
                               1400 Wewatta Street, Suite 600
                               Denver, CO 80202
                               303-571-4000
                               kbell@kilpatricktownsend.com

                               Ryan Bricker
                               Kilpatrick Townsend & Stockton LLP
                               Two Embarcadero Center, Suite 1900
                               San Francisco, CA 94111
                               415-273-4368
                               rbricker@kilpatricktownsend.com

Townsend 63880216 2