**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 19-cv-001966-RBJ

REAL ESTATE EQUITY EXCHANGE, INC.
DBA UNISON,

       Plaintiff,                             JURY TRIAL DEMANDED

v.

ADAMS COUNTY HOUSING AUTHORITY,

       Defendant.

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Real Estate Equity Exchange, Inc., and its counsel, hereby give notice that the above-captioned action is voluntarily dismissed, with prejudice, against Defendant Adams County Housing Authority.

Dated: July 31, 2019                       By: s/ *Kevin M. Bell*
                                                          Kevin M. Bell
                                                          Kilpatrick Townsend & Stockton LLP
                                                          1400 Wewatta Street, Suite 600
                                                           Denver, CO 80202
                                                          303-571-4000
                                                           kbell@kilpatricktownsend.com

                                                           Ryan Bricker
                                                           Kilpatrick Townsend & Stockton LLP
                                                           Two Embarcadero Center, Suite 1900
                                                           San Francisco, CA 94111
                                                          415-273-4368
                                                           rbricker@kilpatricktownsend.com

72194150V.1